IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

GEORGE HOLMAN,
    Plaintiff,

vs.                      Case No. 5:13cv52/LAC/EMT

JEREMY DEAN, et al.,
    Defendants.
_____/

**O R D E R**

This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated April 1, 2013 (doc. 6). Plaintiff has been furnished a copy of the Report and Recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a <u>de novo</u> determination of the objections filed.

Having considered the Report and Recommendation, and the timely filed objections thereto, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1. The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2. Plaintiff's state law claim is **DISMISSED WITHOUT PREJUDICE** to Plaintiff's right to assert it in state court.

3. This action is **DISMISSED** as to Plaintiff's remaining claims for lack of jurisdiction due to Plaintiff's failure to raise a non-frivolous federal claim.

**DONE AND ORDERED** this 10th day of May, 2013.

                                        s/*L.A. Collier*
                                        **LACEY A. COLLIER**
                                        **SENIOR UNITED STATES DISTRICT JUDGE**